**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00057-CMA-MEH

JANELLE HASEMAN HUNGERFORD, and
JUSTIN HUNGERFORD,

      Plaintiffs,

v.

DANIEL SAUCIER,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to and in accordance with the Stipulation for Dismissal With Prejudice

(Doc. # 22), properly signed by the attorneys for the parties hereto, it is

      ORDERED that this action, including all claims asserted in the Complaint, be

DISMISSED WITH PREJUDICE, each party to pay his own costs and attorneys' fees.

      DATED:  May __10__, 2011

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge